1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dorcas-Cothy Kabasele, an individual,** | **Case No.:  2:21-CV-01639-WBS-CKD** |
| Plaintiff, | **ORDER GRANTING STIPTULATION TO DISMISS DEFENDANT ULTA SALON, COSMETICS & FRAGRANCE, INC.'S MOTION TO DISMISS AND GRANTING PLAINTIFF LEAVE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |
| vs. | |
| **ULTA SALON, COSMETICS & FRAGRANCE, INC.; and DOES 1-100, inclusive,** | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Having reviewed the terms of the Parties' Stipulation, and for good cause showing, IT IS
2  HEREBY ORDERED that: (1) Defendant's Motion (Dkt. No. 7) is hereby withdrawn without
3  prejudice; (2) Plaintiff shall have leave to file a Second Amended Complaint as contemplated by
4  the Parties' Stipulation within five (5) business days of execution of this Order; and (3)
5  Defendant's responsive pleading in this action is due 21 days from service of Plaintiffs' Second
6  Amended Complaint.  The November 29, 2021 hearing date is vacated.

8  IT IS SO ORDERED.

10  Dated:  November 16, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE