UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORCAS-COTHY KABASELE, an individual<br><br>            Plaintiff,<br><br>     v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.; and DOES 1-100, inclusive,<br><br>            Defendants. | Case No. 2:21-CV-01639-WBS-CKD<br><br>**CLASS ACTION**<br><br>Honorable William B. Shubb<br><br>**ORDER REGARDING THE JOINT STATUS REPORT OF SETTLEMENT AND EXTENDING THE DEADLINE TO FILE THE MOTION FOR PRELIMINARY APPROVAL BY 30 DAYS**<br><br>Complaint Filed: Sept. 10, 2021<br>FAC Filed:       Sept. 29, 2021<br>SAC Filed:       Nov. 23, 2021<br>TAC Filed:       Feb. 15, 2022<br>Trial:           None Set |

ORDER REGARDING JOINT STATUS REPORT OF SETTLEMENT AND EXTENDING THE
MOTION FOR PRELIMINARY APPROVAL DEADLINE BY 30 DAYS
CASE NO. 2:21-CV-01639-WBS-CKD

89895490v.1

Plaintiff Dorcas-Cothy Kabasele ("Plaintiff") and Defendant Ulta Salon, Cosmetics & Fragrance, Inc. ("Defendant") (collectively, the "Parties") submitted a Joint Status Report of Settlement (Dkt. No. 28) pursuant to the Court's Minute Order dated September 29, 2022. (Dkt. No. 27.)  Having considered the Parties' Joint Stipulation of Settlement (Dkt. No. 28):

**IT IS HEREBY ORDERED** that Plaintiff's deadline to file a Motion for Preliminary Approval of Settlement is hereby extended by 30 days, from December 5, 2022 to **January 5, 2023**, or the parties shall file a further joint status report if the motion has not been filed by that date. The Status Conference Re Settlement is reset for **1/17/2023 at 01:30 PM** and shall be automatically vacated upon the filing of said motion.

**IT IS SO ORDERED.**

Dated:  December 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Leo Q. Li*   (December 2, 2022)
Leo Q. Li
Counsel for Defendant Ulta Salon,
Cosmetics & Fragrance, Inc.

Respectfully submitted,

*/s/ Robert J. Wasserman* (as authorized on December 2, 2022)
Robert J. Wasserman
Attorneys for Plaintiff
DORCAS-COTHY KABASELE

1
ORDER REGARDING JOINT STATUS REPORT OF SETTLEMENT AND EXTENDING THE MOTION FOR PRELIMINARY APPROVAL DEADLINE BY 30 DAYS
CASE NO. 2:21-CV-01639-WBS-CKD

89895490v.1