UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORCAS-COTHY KABASELE, an individual<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-CV-01639-WBS-CKD<br><br>**CLASS ACTION**<br><br>Honorable William B. Shubb<br><br>**ORDER REGARDING FURTHER JOINT STATUS REPORT OF SETTLEMENT AND EXTENDING THE DEADLINE TO FILE THE MOTION FOR PRELIMINARY APPROVAL BY 15 DAYS**<br><br>Complaint Filed:　Sept. 10, 2021<br>FAC Filed:　　　　Sept. 29, 2021<br>SAC Filed:　　　　Nov. 23, 2021<br>TAC Filed:　　　　Feb. 15, 2022<br>Trial:　　　　　　None Set |

ORDER REGARDING FURTHER JOINT STATUS REPORT OF SETTLEMENT AND EXTENDING
THE MOTION FOR PRELIMINARY APPROVAL DEADLINE BY 15 DAYS
CASE NO. 2:21-CV-01639-WBS-CKD

90930898v.1

Plaintiff Dorcas-Cothy Kabasele ("Plaintiff") and Defendant Ulta Salon, Cosmetics & Fragrance, Inc. ("Defendant") (collectively, the "Parties") submitted a Further Joint Status Report of Settlement (Dkt. No. 31) pursuant to the Court's Order dated December 5, 2022. (Dkt. No. 30.)  Having considered the Parties' Further Joint Status Report:

**IT IS HEREBY ORDERED** that Plaintiff's deadline to file a Motion for Preliminary Approval of Settlement is hereby extended by 15 days, from January 5, 2023 to January 20, 2023, or the parties shall file a further joint status report if the motion is not filed by that date. The Status Conference Re Settlement is reset for **January 30, 2023 at 1:30 p.m.**, and shall be automatically vacated upon the filing of the Motion for Preliminary Approval of Settlement.

**IT IS SO ORDERED.**

Dated: January 5, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Leo Q. Li*   (January 5, 2023)
Leo Q. Li
Counsel for Defendant Ulta Salon,
Cosmetics & Fragrance, Inc.

Respectfully submitted,

*/s/ Robert J. Wasserman* (as authorized on January 5, 2023)
Robert J. Wasserman
Attorneys for Plaintiff
DORCAS-COTHY KABASELE

---

1

ORDER REGARDING FURTHER JOINT STATUS REPORT OF SETTLEMENT AND EXTENDING
THE MOTION FOR PRELIMINARY APPROVAL DEADLINE BY 30 DAYS
CASE NO. 2:21-CV-01639-WBS-CKD

90930898v.1