**MAYALL HURLEY P.C.**
Robert J. Wassermann (SBN 258538)
rwassermann@mayallaw.com
Nicholas J. Scardigli (SBN 249947)
nscardigli@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

**SW EMPLOYMENT LAW GROUP, APC**
Shawn Sasooness (SBN 300768)
shawn@swemploymentlaw.com
7700 Irvine Center Drive, Suite 930
Irvine, California 92618
Telephone: (949) 674-4922

**LAVI & EBRAHIMIAN, LLP**
Joseph Lavi (SBN 209776)
jlavi@lelawfirm.com
Vincent Granberry (SBN 276483)
vgranberry@lelawfirm.com
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-000

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dorcas-Cothy Kabasele, Katia Arrellano, Angel Gonzalez, Mindy Miranda, Saryna De Jesus, Tatiana Brenal, Flor Cruz, Julissa Perez, Elissa Padilla, Ian Lamar, Claudia Benitez, Brittney Hughes, George Maddox, Victoria Henkes, Allexandra Tan, Danielle Quaid, Jerrica Labian, Ryan Guffey, Kiersten Wong, Brittani Herena, Janet Sanchez, Brittany Sommers, Cheyenne Lopez, Talia Casteneda, Nohely Llamas, Rhonda Prickett, Debbie Harrison, | Case No. 2:21-cv-01639-WBS-CKD |
| | **NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| Plaintiffs, | Date:   July 24, 2023 |
| vs. | Time:  1:30 p.m. |
| | Dept.:  Courtrooms 5, 14th Floor |
| | Judge:  Hon. William B. Shubb |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation and DOES 1 – 100, inclusive, | Complaint Filed:   September 10, 2021 |
| | FAC Filed:     September 29, 2021 |
| | SAC Filed:     November 23, 2022 |
| | TAC Filed:     February 15, 2022 |
| | Trial Date:     None Set |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 24, 2023 at 1:30 a.m., thereafter as the matter may be heard, in Courtroom 5 of the United States District Court for the Eastern District of California before the Honorable Judge William B. Shubb, pursuant to Fed. R. Civ. P. 23(e), Plaintiffs Dorcas-Cothy Kabasele, Katia Arrellano, Angel Gonzalez, Mindy Miranda, Saryna De Jesus, Tatiana Brenal, Flor Cruz, Julissa Perez, Elissa Padilla, Ian Lamar, Claudia Benitez, Brittney Hughes, George Maddox, Victoria Henkes, Allexandra Tan, Danielle Quaid, Jerrica Labian, Ryan Guffey, Kiersten Wong, Brittani Herena, Janet Sanchez, Brittany Sommers, Cheyenne Lopez, Talia Castaneda, Nohely Llamas, Rhonda Prickett, Debbie Harrison, (collectively "Plaintiffs"), individually and on behalf of all others similarly situated, will and do hereby move this Court for entry of an Order:

1. Preliminarily approving the class action settlement between Plaintiffs and Defendant, ULTA Salon, Cosmetics & Fragrance, Inc. as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Class and Representative Action Settlement Agreement and Release, including payment by Defendant of the Gross Settlement Amount of $1,500,000 for the settlement "Class";

2. Preliminarily appointing Plaintiffs as Class Representatives for purposes of settlement;

3. Preliminarily appointing Mayall Hurley, P.C., SW Employment Law Group, APC, and Lavi & Ebrahimian, LLP as Class Counsel for purposes of settlement;

4. Preliminarily approving Simpluris, Inc. as the third-party Settlement Administrator for mailing notices and for Settlement Administration, and approving expenses estimated at $65,000;

5. Preliminarily approving an Incentive Award of $5,000 for lead Plaintiffs, Dorcas-Cothy Kabasele, Katia Arellano, Angel Gonzalez and $500 for each remaining Plaintiff (for a combined amount of $27,000);

6. Preliminarily approving Plaintiffs' Counsels' request for up to 33.33% of the GSA as attorneys' fees (or $500,000) and actual litigation costs of not more than $20,000;

7. Preliminarily approving the PAGA penalty payment of $50,000 of which 75% (or $38,000)

shall be paid to the LWDA, and the remaining 25% (or $12,000), shall be included in the Net Settlement Amount distribution to the Class;

8. Authorizing the filling of the proposed Fourth Amended Complaint; and

9. Approving the proposed Class Notice and ordering its dissemination.

This motion is based upon the supporting Memorandum of Points and Authorities, the Declarations of Robert J. Wassermann, Esq., and Shawn Sasooness, Esq., the Settlement Agreement, the Class Notice, all other papers and exhibits filed herewith and in the Court's record in this matter, and such oral and documentary evidence as may be presented at or before the hearing on this matter.

Respectfully submitted,

Mayall Hurley P.C.
SW Employment Law Group, APC
Lavi & Ebrahimian, LLP


Dated:  May 26, 2023                    By:  _/s/ Shawn Sasooness_____
                                        Shawn Sasooness, Esq.
                                        Attorney for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28