1  **MAYALL HURLEY P.C.**
   Robert J. Wassermann (SBN 258538)
2  rwassermann@mayallaw.com
   Nicholas J. Scardigli (SBN 249947)
3  nscardigli@mayallaw.com
   2453 Grand Canal Boulevard
4  Stockton, California 95207-8253
   Telephone: (209) 477-3833
5  Facsimile: (209) 473-4818
6
7  **SW EMPLOYMENT LAW GROUP, APC**       **LAVI & EBRAHIMIAN, LLP**
   Shawn Sasooness (SBN 300768)            Joseph Lavi (SBN 209776)
8  shawn@swemploymentlaw.com                jlavi@lelawfirm.com
   7700 Irvine Center Drive, Suite 930      Vincent Granberry (SBN 276483)
9  Irvine, California 92618                 vgranberry@lelawfirm.com
   Telephone: (949) 674-4922                8889 W. Olympic Blvd., Suite 200
10                                          Beverly Hills, California 90211
                                            Telephone: (310) 432-000
11
12 Attorneys for Plaintiffs
13
               **UNITED STATES DISTRICT COURT**
14
               **EASTERN DISTRICT OF CALIFORNIA**
15

16 | Dorcas-Cothy Kabasele, Katia Arrellano, Angel Gonzalez, Mindy Miranda, Saryna De Jesus, Tatiana Brenal, Flor Cruz, Julissa Perez, Elissa Padilla, Ian Lamar, Claudia Benitez, Brittney Hughes, George Maddox, Victoria Henkes, Allexandra Tan, Danielle Quaid, Jerrica Labian, Ryan Guffey, Kiersten Wong, Brittani Herena, Janet Sanchez, Brittany Sommers, Cheyenne Lopez, Talia Casteneda, Nohely Llamas, Rhonda Prickett, Debbie Harrison,

Plaintiffs,

vs.

ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation and DOES 1 – 100, inclusive,

Defendants. | Case No. 2:21-cv-01639-WBS-CKD

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Date:  February 5, 2024
Time:  1:30 p.m.
Dept.: Courtrooms 5, 14th Floor
Judge: Hon. William B. Shubb

Complaint Filed:  September 10, 2021
FAC Filed:         September 29, 2021
SAC Filed:         November 23, 2022
TAC Filed:         February 15, 2022
Trial Date:        None Set |

1

NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 5, 2024 at 1:30 a.m., thereafter as the matter may be heard, in Courtroom 5 of the United States District Court for the Eastern District of California before the Honorable Judge William B. Shubb, pursuant to Fed. R. Civ. P. 23(e), Plaintiffs Dorcas-Cothy Kabasele, Katia Arrellano, Angel Gonzalez, Mindy Miranda, Saryna De Jesus, Tatiana Brenal, Flor Cruz, Julissa Perez, Elissa Padilla, Ian Lamar, Claudia Benitez, Brittney Hughes, George Maddox, Victoria Henkes, Allexandra Tan, Danielle Quaid, Jerrica Labian, Ryan Guffey, Kiersten Wong, Brittani Herena, Janet Sanchez, Brittany Sommers, Cheyenne Lopez, Talia Casteneda, Nohely Llamas, Rhonda Prickett, Debbie Harrison, (collectively "Plaintiffs"), individually and on behalf of all others similarly situated, will and do hereby move this Court for entry of an Order:

1. Approving the class action settlement between Plaintiffs and Defendant, ULTA Salon, Cosmetics & Fragrance, Inc. as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Class and Representative Action Settlement Agreement and Release, including payment by Defendant of the Gross Settlement Amount of $1,500,000 for the settlement "Class";
2. Appointing Plaintiffs as Class Representatives for purposes of settlement;
3. Appointing Mayall Hurley, P.C., SW Employment Law Group, APC, and Lavi & Ebrahimian, LLP as Class Counsel for purposes of settlement;
4. Approving Simpluris, Inc. as the third-party Settlement Administrator for mailing notices and for Settlement Administration, and approving expenses estimated at $65,000;
5. Approving an Incentive Award of $5,000 for lead Plaintiffs, Dorcas-Cothy Kabasele, Katia Arellano, Angel Gonzalez and $500 for each remaining Plaintiff (for a combined amount of $27,000);
6. Approving Plaintiffs' Counsels' request for up to 33.33% of the GSA as attorneys' fees (or $500,000) and actual litigation costs of not more than $20,000;
7. Approving the PAGA penalty payment of $50,000 of which 75% (or $38,000) shall be paid to the LWDA, and the remaining 25% (or $12,000), shall be included in the Net Settlement Amount distribution to the Class;

This motion is based upon the supporting Memorandum of Points and Authorities, the declarations of Robert J. Wassermann, Esq., Shawn Sasooness, Esq., Antonia McKee, Esq., the declarations of the Class Representatives, the declaration of the Settlement Administrator, the Settlement Agreement, all other papers and exhibits filed herewith and in the Court's record in this matter, and such oral and documentary evidence as may be presented at or before the hearing on this matter.

Respectfully submitted,

Mayall Hurley, PC
SW Employment Law Group, APC
Lavi & Ebrahimian LLP

Dated: January 8, 2024     By:     */s/ Robert J. Wassermann*
Robert J. Wasserman, Esq.
Attorneys for Plaintiffs